DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN PELLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-536-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| CHRISTIAN PELLOR, | ) | |
| | ) | Date: January 11, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 11, 2008 be vacated, and the matter be set for status conference on February 1, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 1, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED:   January 10, 2008.                    Respectfully submitted,
4                                                DANIEL J. BRODERICK
                                                  Federal Public Defender
5
   DATED:   January 10, 2008.                    /s/ Linda C. Harter
6                                                LINDA C. HARTER
                                                  Chief Assistant Federal Defender
7                                                Attorney for Defendant

8                                                McGREGOR W. SCOTT
                                                  United States Attorney
9

10 DATED:   January 10, 2008.                    /s/Jill Thomas
                                                  JILL THOMAS
11                                                Assistant U.S. Attorney
                                                  Attorney for Plaintiff
12

13                              **O R D E R**

14     **IT IS SO ORDERED.**  Time is excluded from today's date through and
15 including February 1, 2008 in the interests of justice pursuant to 18
16 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
17 T4.
18
19 DATED: January 10, 2008.        /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
20                                  United States District Judge

2