DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN PELLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTIAN PELLOR, )<br>)<br>)<br>Defendant. )<br>_____ | NO. CR.S-07-536-EJG<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: February 1, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 1, 2008 be vacated, and the matter be set for status conference on February 29, 2008 at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 29, 2008 pursuant to 18

U.S.C. §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  January 30, 2008.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

DATED:  January 30, 2008.          /s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant

McGREGOR W. SCOTT
United States Attorney

DATED:  January 30, 2008.          /s/Jill Thomas
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

---

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including February 29, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 30, 2008.          /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

2