FILED
FEB - 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHRISTIAN PELLOR, ) <br> ) <br> Defendant. ) | Case No. CR.S-07-0536-EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CHRISTIAN PELLOR, Case No. CR.S-07-00536-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $150,000.00

    _X_  Appearance Bond with Surety

    ___  Unsecured Appearance Bond (Interim)

    _X_  (Other) <u>Conditions as stated on the record</u>

    _X_  (Other) <u>The U.S. Marshal is ordered to release the defendant to the Pretrial Services Office at 8:30 a.m. on 02/04/08.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 1, 2008  at  11:07 .

By   **GREGORY G. HOLLOWS**
    Gregory G. Hollows
    United States Magistrate Judge