1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHRISTIAN PELLOR

6

7
            IN THE UNITED STATES DISTRICT COURT
8
            FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,    )  NO. CR.S-07-536-EJG
11                              )
              Plaintiff,        )  ***AS MODIFIEID***
12                              )  STIPULATION AND ORDER;
        v.                      )  CONTINUING STATUS CONFERENCE
13                              )  AND EXCLUDING TIME
   CHRISTIAN PELLOR,            )
14                              )  Date:  February 29, 2008
                                )  Time:  10:00 a.m.
15            Defendant.        )  Judge: Hon. Edward J. Garcia
   _____

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, JILL THOMAS, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of February 29, 2008 be vacated, and the matter be set for

22 status conference on April **25\***, 2008 at 10:00 a.m.

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including April 21, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED:   February 28, 2008.              Respectfully submitted,
4                                           DANIEL J. BRODERICK
                                            Federal Public Defender
5

6
   DATED:   February 28, 2008.              /s/ Linda C. Harter
7                                           LINDA C. HARTER
                                            Chief Assistant Federal Defender
8                                           Attorney for Defendant

9                                           McGREGOR W. SCOTT
                                            United States Attorney
10

11
   DATED:   February 28, 2008.              /s/Jill Thomas
12                                          JILL THOMAS
                                            Assistant U.S. Attorney
13                                          Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April *25*, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: February 28, 2008.           /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge