1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
CHRISTIAN PELLOR

6

7

                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,          )  NO. CR.S-07-536-EJG
11                                  )
                  Plaintiff,        )
12                                  )      **STIPULATION AND ORDER;**
       v.                           )   **CONTINUING STATUS CONFERENCE**
13                                  )        **AND EXCLUDING TIME**
CHRISTIAN PELLOR,                   )
14                                  )  Date:  June 20, 2008
                                    )  Time:  10:00 a.m.
15                Defendant.        )  Judge: Hon. Edward J. Garcia
_____
16

17 |     IT IS HEREBY STIPULATED by and between the parties hereto through

18 | their respective counsel, JILL THOMAS, Assistant United States

19 | Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 | Federal Defender, attorney for Defendant, that the status conference

21 | hearing date of June 20, 2008 be vacated, and the matter be set for

22 | status conference on July 25, 2008 at 10:00 a.m.

23 |      The reason for this continuance is to allow defense counsel

24 | additional time to review discovery with the defendant, to examine

25 | possible defenses and to continue investigating the facts of the case.

26 |     Based upon the foregoing, the parties agree that the time under

27 | the Speedy Trial Act should be excluded from the date of signing of

28 | this order through and including July 25, 2008 pursuant to 18 U.S.C.

1   §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based

2   upon continuity of counsel and defense preparation.

3   DATED:   June 18, 2008.                    Respectfully submitted,

4                                              DANIEL J. BRODERICK
                                               Federal Public Defender
5

6
7   DATED:   June 18, 2008.                    /s/ Linda C. Harter
                                               LINDA C. HARTER
                                               Chief Assistant Federal Defender
8                                              Attorney for Defendant

9                                              McGREGOR W. SCOTT
                                               United States Attorney
10

11
12  DATED:   June 18, 2008.                    /s/Linda C. Harter for
                                               JILL THOMAS
                                               Assistant U.S. Attorney
13                                             Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  _____

2

1

**O R D E R**

2     **IT IS SO ORDERED.**  Time is excluded from today's date through and

3  including July 25, 2008 in the interests of justice pursuant to 18

4  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

5  T4.

6

7  DATED: June 17, 2008. _____      /s/ Edward J. Garcia

8                                      EDWARD J. GARCIA
                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3