**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

Daniel J. Broderick
Federal Defender

(916) 498-5700 Fax: (916) 498-5710

Linda C. Harter
Chief Assistant Defender



# MEMORANDUM

DATE:   October 3, 2008

TO:   Colleen Lydon, Courtroom Deputy to the
   Honorable Edward J. Garcia

FROM:   B. Cricket Fox, Secretary to
   Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:   United States v. Christian Pellor
   CR-S-07-536-EJG

---

Please continue Judgment and Sentencing, presently scheduled for October 24, 2008, to **Friday, November 7, 2008 at 10:00 a.m.**

The following will be the new schedule for disclosure of the presentence report and for filing of objections to the presentence report:

Counsel's Written Objections to the Presentence Report
Shall be Delivered to the Probation Officer no Later Than  . . . . . . October 17, 2008

Final Presentence Report Shall be Filed with the Court
and Disclosed to Counsel no Later Than  . . . . . . . . . . . . . . . . . . . October 24, 2008

Motion for Correction of the Presentence Report
Shall be Filed and Served no Later than . . . . . . . . . . . . . . . . . . . . October 31, 2008

The Courtroom Clerk, Assistant United States Attorney Jill Thomas, and United States Probation Officer Tom Brown have been notified of the new scheduled dates.

Dated: October 6, 2008

EDWARD J. GARCIA
United States District Court

/cf
cc:   Tom Brown, United States Probation Officer
   Christian Pellor