```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN PELLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 07-536 EJG |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED NOTICE AND MOTION TO EXTEND SELF-SURRENDER DATE; ORDER |
| CHRISTIAN PELLOR, | |
| Defendant. | |
| | Judge: Hon. Edward J. Garcia |

To: **LAWRENCE G. BROWN**, Acting United States Attorney, and **JILL THOMAS**, Assistant United States Attorney, Attorneys for the Plaintiff:

**PLEASE TAKE NOTICE** that the defendant, CHRISTIAN PELLOR, through counsel undersigned is requesting that his self-surrender date be extended from January 28, 2009 at 2:00 p.m. to February 17, 2009 at 2:00 p.m. **No court date is requested.**

On December 17, 2008, Mr. Pellor was sentenced to 26 months in BOP custody followed by 36 months of supervised release.[1]  The J&S was signed and filed on December 23, 2008.  The Court ordered that Mr.

---

[1] Mr. Pellor will get some credit for pretrial custody time as he was not released until space was available at a drug and alcohol treatment center.  He completed his substance abuse program and has not had any violations of his pretrial supervision.

1  Pellor was to self-surrender on January 28, 2009 before 2:00 p.m.

2     BOP designations are now done in a centralized location in Texas.
3  The designation is then communicated through the Sacramento USMS to the
4  defendant and defense counsel.  In this case, BOP has not yet completed
5  the designation process.  For this reason, we are requesting an
6  extension of the self-surrender date.

7     Counsel undersigned has communicated with Ms. Thomas, counsel for
8  the Plaintiff.  She has no objection to this request.  Mr. Pellor's
9  pretrial services officer is Darryl Walker.  He also has no objection
10 to this request.

11    If the turn in date is not extended, Mr. Pellor would have to turn
12 himself in to the USMS here in Sacramento.  He would be booked into the
13 Sacramento County Jail.  The number of federal inmates currently held
14 at the Sacramento County Jail already exceeds the number the USMS
15 contracts for.  In fact, some inmates have been moved to outlying areas
16 such as the Nevada County Jail.  There is no need for the Sacramento
17 USMS to incur the expense of housing and transporting Mr. Pellor just
18 because the BOP has not designated him in the 5 weeks since he was
19 sentenced.

20 Dated:  January 27, 2009

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ *Linda C. Harter*
                                    _____
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    CHRISTIAN PELLOR




Defendant Extension Request       -2-

**ORDER**

For the reasons set forth above and good cause appearing it is hereby ordered that:

Defendant Christian Pellor's presently scheduled self-surrender date of January 28, 2009 by 2:00 p.m. be extended to February 17, 2009 by 2:00 p.m.  All other orders regarding his sentence and conditions of release are to remain in full force and effect.

**IT IS SO ORDERED.**

Dated: Jan. 27, 2009          /s/ Edward J. Garcia
                              EDWARD J. GARCIA, U. S. DISTRICT JUDGE