1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN PELLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 07-0536 EJG |
| Plaintiff, | |
| v. | NOTICE AND MOTION TO EXONERATE BOND; ORDER |
| CHRISTIAN PELLOR, | |
| Defendant. | Judge: Hon. Edward J. Garcia |

**TO: LAWRENCE G. BROWN, Acting U.S. Attorney, and Jill Thomas, Assistant U.S. Attorney:**

**PLEASE TAKE NOTICE**, that the defendant, through his counsel, hereby moves for an order exonerating the bond posted in his case. Mr. Pellor is now in federal custody in Herlong, California.

**FACTS**

Mr. Pellor was ordered released by Magistrate Judge Hollows on February 1, 2008. His release was secured by a $150,000 security interest in his parents home. On February 27, 2008, the bond paperwork

was filed with the court. (Item 19 on the docket.) On February 17, 2009, Mr. Pellor, having pled guilty and been sentenced, self-surrendered to the Bureau of Prison's facility in Herlong. He is currently serving his sentence there.

The defense moves for an order exonerating the bond posted for the deed of trust to be reconveyed.

Dated: February 23, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ *Linda C. Harter*
_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHRISTIAN PELLOR

**ORDER**

**IT IS SO ORDERED.**

Dated: March 3, 2009        /s/ Edward J. Garcia
                            HON. EDWARD J. GARCIA
                            United States District Court Judge